FILED
U.S. DIST. COURT
MIDDLE DIST. OF LA

2006 NOV -3 PM 3: 24

SIGN_____
BY DEPUTY CLERK

UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

UNITED STATES OF AMERICA    :
                                                            :
versus                                   :    COURT NUMBER 3:9500049-001
                                                            :
KERYN W. GOYNES                       :

## MOTION TO EXAMINE JUDGMENT DEBTOR

NOW COMES the United States of America, which respectfully represents:

1.

The United States of America is a judgment creditor of Keryn W. Goynes, defendant in the above-captioned cause, in the principal amount of $22,343.48, plus applicable interest and statutory penalties as set forth in the Judgment rendered in the above proceedings on September 15, 1995, and as appears from the record herein, the aforesaid Judgment has not been fully paid and satisfied.

2.

The United States of America desires to examine Keryn W. Goynes, judgment debtor herein, upon all matters pertaining to judgment debtor's estate or property pursuant to Rule 69, Federal Rules of Civil Procedure, and Articles 2451-2456, Louisiana Code of Civil Procedure.

3.

Mover also desires that the judgment debtor produce in open court for examination, the books, papers and other documents described below:

A. All cash in your possession and documentary evidence of cash at your disposal and on deposit at financial institutions, the name of the financial institutions and the address of the branch location usually banked at, and the account number for each account in which the judgment debtor presently has any interest or has had any interest in the past twelve (12) months;

B. Documentary evidence of any savings, money market, credit union, passbooks or other financial institution accounts, used by the judgment debtor, or on which the judgment debtor is a signatory, or in which the judgment debtor has any interest, together with the complete statements of those accounts for the past twelve (12) months;

C. Documentary evidence of any IRA 401K, Keogh, SEP or other tax-deferred account used by the judgment debtor, or in which the judgment debtor has any interest, together with the complete statements of those accounts for the last twelve (12) months;

D. The checkbook for each checking account used by the judgment debtor, or on which the judgment debtor is a signatory, or in which the judgment debtor has any interest, together with the complete monthly statements, cancelled checks, deposit and debit slips for the last twelve (12) months for each account;

E. Documentary evidence of all certificates of deposit, bonds, mutual funds, coupons, and securities in which the judgment debtor has any interest;

F. Copies of all federal and state income tax returns filed by the judgment debtor for the calendar years 2003, 2004, and 2005, together with all schedules and other information filed therewith. If the 2005 income tax return has not been filed or is incomplete, then all records which will be used in formulating the 2005 income tax return;

G. Name, address and telephone number of all employers/employees of judgment debtor, together with W-2s or wage documentation from each employer/employee during the last twelve (12) months;

H. All records, including pay stubs, evidencing the amount and source of all compensation and income earned by the judgment debtor, including gross and net income wages and/or salary, and/or dividends and/or royalties, and/or commissions and/or retirement, and/or benefits for the past twelve (12) months;

I. Motor Vehicle Certificate of Title (registration) on all vehicles titled in the name of the judgment debtor, together with documentary evidence of all mortgages encumbering said vehicles, and all payment books setting forth the monthly amount due on said mortgage and the current balance;

J. Books, papers documents and records reflecting any present garnishment or judgment proceedings against the judgment debtor;

K. Copies of all mortgages encumbering the real estate, furniture, electronic equipment or any other personal and movable property owned or possessed by judgment debtor, including all payment booklets setting forth the monthly amount due on said mortgages and the current balance;

L. All of the judgment debtor's utility, telephone and medical bills, credit card statements, rent receipts, and insurance premium notices for the preceding twelve (12) months;

M. All books, papers, documents and records pertaining to or evidencing loans or other installment debts owed by the judgment debtor, and reflecting the name and address of each creditor, the monthly amount due and the current balance;

N. All books, papers, documents and records pertaining to or evidencing loans or other installment debts owed to the judgment debtor, and reflecting the name and address of each debtor, the monthly amount due and the current balance;

O. All stock certificates (and/or other evidences of stock ownership) owned or possessed by, or in the name of the judgment debtor in any corporation;

P. All records establishing (1) the judgment debtor's ownership in all or part of any corporation and any other business whether as sole owner, partner, or stockholder, and (2) the financial condition and assets of such businesses for the last three years, including asset statements, profit and loss statements, spreadsheets, cash flow statements, inventories, liabilities, gross and net income, accounts receivable, retainage and contracts, and the amount of any undistributed profits in the business, including the anticipated date for payment distribution of any funds;

Q. The Articles of Incorporation, by-laws and corporate minute book of all corporations in which the judgment debtor presently owns an interest, or in the past twelve (12) months has owned an interest;

R. Documentary evidence of all assets owned by corporations, partnerships or businesses in which the judgment debtor has any interest;

S. All deeds, acts of donation, bills of sale, and/or other instruments of conveyance pertaining to any real or personal property transferred, donated, conveyed or otherwise alienated by the judgment debtor within the last twelve (12) months;

T. All deeds, titles, leases, liens, contracts, and records pertaining to any property, real or personal, in which the judgment debtor has any interest, or held by another for the benefit or use of the judgment debtor, together with the documents evidencing the judgment debtor's ownership interest;

U. All life insurance policies on the life of the judgment debtor, or on the life of another but owned by the judgment debtor, and all records evidencing the face value and cash surrender value of the policy;

V. All records identifying all other assets owned by the judgment debtor; and

W. All records pertaining to any alimony or child support payments paid to or received by judgment debtor for the preceding six (6) months.

4.

Pursuant to Rule 6(d), Federal Rules of Civil Procedure and Article 2453, Louisiana Code of Civil Procedure, the judgment debtor should be personally served with a copy of these pleadings not less than five days prior to the hearing date.

5.

In order to provide Mover with adequate opportunity to effect personal service of this Motion and the Court's Order on the judgment debtor, Mover requests that the hearing date be fixed by this Court no earlier than 45 days after the date of entry of this Court's Order.

WHEREFORE, the United States of America moves that it be granted the privilege of examining Keryn W. Goynes, judgment debtor herein, at a time and place to be fixed by this Court.

Mover further prays that the court command the said judgment debtor to produce in court at the same time the books, papers and documents described in Paragraph 3 above.

UNITED STATES OF AMERICA, by

DAVID R. DUGAS
UNITED STATES ATTORNEY

_____
JAMES L. NELSON, LBN 09934
Assistant U.S. Attorney
777 Florida Street, Suite 208
Baton Rouge, LA 70801
Telephone (225) 389-0443
Facsimile (225) 389-0685

UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

UNITED STATES OF AMERICA :
:
versus : COURT NUMBER 3:9500049-001
:
KERYN W. GOYNES :

ORDER

IT IS ORDERED that Keryn W. Goynes appear on the ____ day of _____, 2006 at _____. m. at the Russell B. Long Federal Building and United States Courthouse, 777 Florida Street, Courtroom Number ____, Baton Rouge, Louisiana to be examined as judgment debtor.

IT IS FURTHER ORDERED that Keryn W. Goynes produce at the above time and place the books, papers and other documents described in Paragraph 3 of the Government's Motion to Examine Judgment Debtor.

IT IS FURTHER ORDERED that pursuant to Rule 6(d), Federal Rules of Civil Procedure and Article 2453, Louisiana Code of Civil Procedure, Keryn W. Goynes be personally served with a copy of this Order and a copy of the Government's Motion to Examine Judgment Debtor not less than five days prior to the hearing date.

Baton Rouge, Louisiana, this _____ day of _____, 2005.

_____
UNITED STATES MAGISTRATE JUDGE